UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 28, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINWOOD BYRON MATHES

Defendant.

Case No. 2:26-cr-0189 DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LINWOOD BYRON MATHES Case No. 2:26-cr-0189 DC Charges 18 USC § 641 from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ____________________

______ Unsecured Appearance Bond $ ________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): Released on Pretrial Conditions.

Issued at Sacramento, California on October 28, 2026 at 2:30 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney